William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
DAVID HOMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:14-CR-00213-MCE |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| DAVID HOMAN, | |
| Defendant. | |

The defendant, DAVID HOMAN, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Thursday, January 15, 2015 at 9:00 am be vacated and reset for Thursday, March 12, 2015 at 9:00 am.

Counsel has not yet received discovery in this case, however, the government has indicated that it is forthcoming. Therefore, a continuance is necessary to provide defense counsel time to review the discovery, evaluate and investigate the case, hold discussions with his client and negotiations with the government toward a potential resolution of the charges.

1

1 | The parties further stipulate that the failure to grant a
2 | continuance in this matter would deny counsel reasonable time
3 | necessary for effective preparation, taking into account the
4 | exercise of due diligence; that the ends of justice served by
5 | granting this continuance outweigh the best interest of the
6 | public and the defendant in a speedy trial; and that time should
7 | be excluded from the computation of time within which trial must
8 | commence under the Speedy Trial Act from January 15, 2015, up to
9 | and including March 12, 2015, pursuant to 18 U.S.C. § 3161
10 | (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
11 | counsel reasonable time to prepare.
12 | I, William E. Bonham, the filing party, have received
13 | authorization from AUSA Jason Hitt to sign and submit this
14 | stipulation and proposed order on his behalf.
15 | Accordingly, the defense and the United States agree and
16 | stipulate that the status conference for defendant David Homan
17 | should be reset for Thursday, March 12, 2015 at 9:00 am before
18 | the Honorable Morrison C. England, Jr.

19 | Dated: January 13, 2015          BENJAMIN B. WAGNER
20 |                                  United States Attorney
21 |                                  By:/s/ WILLIAM BONHAM for
                                      JASON HITT
22 |                                  Assistant U.S. Attorney

23 | Dated: January 13, 2015          By:/s/ WILLIAM BONHAM for
                                      WILLIAM BONHAM
24 |                                  Counsel for defendant
                                      DAVID HOMAN
25
26
27
28

2

**ORDER**

The status conference currently set for Thursday, January 15, 2015, at 9:00 a.m. is vacated and reset for Thursday, March 12, 2015, at 9:00 a.m.

The Court finds that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from January 15, 2015, up to and including the date of the new status conference, March 12, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T4.

IT IS SO ORDERED.

Dated: January 14, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT