William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net


Attorney for defendant
DAVID HOMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:14-CR-00213-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| DAVID HOMAN, | |
| Defendant. | |

     The defendant, DAVID HOMAN, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Thursday, April 2, 2015 at 9:00 am be vacated and reset for Thursday, May 7, 2015 at 9:00 am.

     A continuance is necessary because defense counsel is currently in trial in Sacramento County Superior Court in the matter of People v. Aguilera, case no. 11F06897.  The trial began March 18, 2015 and is expected to last until at least April 6 or 7, 2015.

     The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time

1

1   necessary for effective preparation, taking into account the

2   exercise of due diligence; that the ends of justice served by

3   granting this continuance outweigh the best interest of the

4   public and the defendant in a speedy trial; and that time should

5   be excluded from the computation of time within which trial must

6   commence under the Speedy Trial Act from April 2, 2015, up to and

7   including May 7, 2015, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and

8   (B)(iv) and Local Code T-4, to allow defense counsel reasonable

9   time to prepare.

10       I, William E. Bonham, the filing party, have received

11  authorization from AUSA Jason Hitt to sign and submit this

12  stipulation and proposed order on his behalf.

13       Accordingly, the defense and the United States agree and

14  stipulate that the status conference for defendant David Homan

15  should be reset for Thursday, May 7, 2015 at 9:00 am before the

16  Honorable Morrison C. England, Jr.

17  Dated: March 31, 2015          BENJAMIN B. WAGNER
                                    United States Attorney
18
                                    By:/s/ WILLIAM BONHAM for
19                                  JASON HITT
                                    Assistant U.S. Attorney
20

21  Dated: March 31, 2015          By:/s/ WILLIAM BONHAM for
                                    WILLIAM BONHAM
22                                  Counsel for defendant
                                    DAVID HOMAN
23

24

25

26

27

28

**ORDER**

The status conference currently set for Thursday, April 2, 2015 at 9:00 am is vacated and reset for Thursday, May 7, 2015, at 9:00 am.  The Court finds that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from April 2, 2015, up to and including the date of the new status conference, May 7, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  The Court further finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

Dated:  April 7, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT