William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
DAVID HOMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:14-CR-00213-MCE |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| DAVID HOMAN, | |
| Defendant. | |

The defendant, DAVID HOMAN, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Thursday, June 25, 2015 at 9:00 am be vacated and reset for Thursday, July 16, 2015 at 9:00 am.

A continuance is necessary to allow defense counsel additional time evaluate the case, hold discussions with his client, and negotiations with the government toward a potential resolution of the charges.

The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the

1

exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from June 25, 2015, up to and including July 16, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

I, William E. Bonham, the filing party, have received authorization from AUSA Jason Hitt to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant David Homan should be reset for Thursday, July 16, 2015 at 9:00 am before the Honorable Morrison C. England, Jr.

| | |
|---|---|
| Dated: June 23, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By:/s/ WILLIAM BONHAM for<br>JASON HITT<br>Assistant U.S. Attorney |
| Dated: June 23, 2015 | By:/s/ WILLIAM BONHAM for<br>WILLIAM BONHAM<br>Counsel for defendant<br>DAVID HOMAN |

2

**<u>ORDER</u>**

The status conference currently set for Thursday, June 25, 2015 at 9:00 am is vacated and reset for Thursday, July 16, 2015, at 9:00 am.  The Court finds that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from June 25, 2015, up to and including the date of the new status conference, July 16, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

IT IS SO ORDERED.

Dated:   June 29, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT