William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
DAVID HOMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DAVID HOMAN,<br><br>        Defendant. | No.  2:14-CR-00213-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

    The defendant, DAVID HOMAN, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Thursday, September 10, 2015 at 9:00 am be vacated and reset for Thursday, September 24, 2015 at 9:00 am.

    A continuance is necessary to allow defense counsel additional time to evaluate the case, hold discussions with his client, and negotiations with the government toward a potential resolution of the charges.

    The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the

1  exercise of due diligence; that the ends of justice served by
2  granting this continuance outweigh the best interest of the
3  public and the defendant in a speedy trial; and that time should
4  be excluded from the computation of time within which trial must
5  commence under the Speedy Trial Act from September 10, 2015, up
6  to and including September 24, 2015, pursuant to 18 U.S.C. § 3161
7  (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
8  counsel reasonable time to prepare.
9      I, William E. Bonham, the filing party, have received
10 authorization from AUSA Jason Hitt to sign and submit this
11 stipulation and proposed order on his behalf.
12     Accordingly, the defense and the United States agree and
13 stipulate that the status conference for defendant David Homan
14 should be reset for Thursday, September 24, 2015 at 9:00 am
15 before the Honorable Morrison C. England, Jr.

16  Dated: September 8, 2015          BENJAMIN B. WAGNER
                                      United States Attorney
17
                                      By:/s/ WILLIAM BONHAM for
18                                    JASON HITT
                                      Assistant U.S. Attorney
19
20  Dated: September 8, 2015          By:/s/ WILLIAM BONHAM for
                                      WILLIAM BONHAM
21                                    Counsel for defendant
                                      DAVID HOMAN
22
23
24
25
26
27
28

**ORDER**

The status conference currently set for Thursday, September 10, 2015 at 9:00 am is vacated and reset for Thursday, September 24, 2015, at 9:00 am. The Court finds that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from September 10, 2015, up to and including the date of the new status conference, September 24, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(IV) and Local Code T-4.

IT IS SO ORDERED.

Dated: September 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT