William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
DAVID HOMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-CR-00213-MCE |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| DAVID HOMAN, | |
| Defendant. | |

The defendant, DAVID HOMAN, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Thursday, December 3, 2015 at 9:00 am be vacated and reset for Thursday, December 17, 2015 at 9:00 am.

A continuance is necessary to allow defense counsel additional time to evaluate the case, hold further discussions with his client, and negotiations with the government toward a potential resolution of the charges.

The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the

1

1  exercise of due diligence; that the ends of justice served by
2  granting this continuance outweigh the best interest of the
3  public and the defendant in a speedy trial; and that time should
4  be excluded from the computation of time within which trial must
5  commence under the Speedy Trial Act from December 3, 2015, up to
6  and including December 17, 2015, pursuant to 18 U.S.C. § 3161
7  (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
8  counsel reasonable time to prepare.

9      I, William E. Bonham, the filing party, have received
10 authorization from AUSA Jason Hitt to sign and submit this
11 stipulation and proposed order on his behalf.

12     Accordingly, the defense and the United States agree and
13 stipulate that the status conference for defendant David Homan
14 should be reset for Thursday, December 17, 2015 at 9:00 am before
15 the Honorable Morrison C. England, Jr.

16 Dated: December 1, 2015           BENJAMIN B. WAGNER
                                     United States Attorney
17
                                     By:/s/ WILLIAM BONHAM for
18                                   JASON HITT
                                     Assistant U.S. Attorney
19

20 Dated: December 1, 2015           By:/s/ WILLIAM BONHAM for
                                     WILLIAM BONHAM
21                                   Counsel for defendant
                                     DAVID HOMAN

2

**ORDER**

The status conference currently set for Thursday, December 3, 2015 at 9:00 am is vacated and reset for December 17, 2015, at 9:00 am.  The Court finds that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from December 3, 2015, up to and including the date of the new status conference, December 17, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  The Court further finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

IT IS SO ORDERED.

Dated:   December 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT