```
William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net


Attorney for defendant
DAVID HOMAN
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID HOMAN,<br><br>　　　　　Defendant. | No.  2:14-CR-00213-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: January 29, 2016<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |

　　　The defendant, DAVID HOMAN, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Friday, January 29, 2016 at 9:00 am be vacated and reset for Friday, March 4, 2016 at 9:00 am.

　　　Defense counsel has recently received a plea letter and draft plea agreement from the government and a continuance is necessary to allow defense counsel time to review and discuss the proposed plea with his client.

　　　The parties further stipulate that the failure to grant a

1

continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from January 29, 2016, up to and including March 4, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

I, William E. Bonham, the filing party, have received authorization from AUSA Jason Hitt to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant David Homan should be reset for Friday, March 4, 2016 at 9:00 am before the Honorable Morrison C. England, Jr.

Dated: January 28, 2016

BENJAMIN B. WAGNER
United States Attorney

By:/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

Dated: January 28, 2016

By:/s/ William Bonham
WILLIAM BONHAM
Counsel for defendant
DAVID HOMAN

2

**ORDER**

The status conference currently set for Friday, January 29, 2016 at 9:00 am is vacated and reset for Friday, March 4, 2016, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from January 29, 2016, up to and including the date of the new status conference, March 4, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

Dated:   January 28, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

3