1 | William E. Bonham, SBN: 55478
Attorney At Law
2 | Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
3 | Sacramento, CA 95814
Telephone:(916) 557-1113
4 | Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net
5 |
6 | Attorney for defendant
DAVID HOMAN
7 |
8 |                     UNITED STATES DISTRICT COURT
9 |                    EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,          No.  2:14-CR-00213-GEB
12 |              Plaintiff,
13 |      v.                           STIPULATION AND [PROPOSED] ORDER
                                       TO CONTINUE STATUS CONFERENCE
14 | DAVID HOMAN,
                                       Date: March 25, 2016
15 |              Defendant.           Time: 9:00 am
                                       Judge: Hon. Garland E. Burrell,
16 |                                   Jr.
17 |
18 |      The defendant, DAVID HOMAN, by and through his undersigned
19 | counsel and the United States by and through its undersigned
20 | counsel, hereby agree and request that the status conference
21 | currently set for Friday, March 25, 2016 at 9:00 am be vacated
22 | and reset for Friday, April 22, 2016 at 9:00 am.
23 |      A continuance is necessary for further plea negotiations and
24 | to allow the government time to provide a revised plea agreement,
25 | as well as, to allow defense counsel time to review and discuss
26 | the proposed plea with his client who is housed in the Wayne
27 | Brown Correctional Facility in Nevada City, CA.
28 |      The parties further stipulate that the failure to grant a

1

1  continuance in this matter would deny counsel reasonable time

2  necessary for effective preparation, taking into account the

3  exercise of due diligence; that the ends of justice served by

4  granting this continuance outweigh the best interest of the

5  public and the defendant in a speedy trial; and that time should

6  be excluded from the computation of time within which trial must

7  commence under the Speedy Trial Act from March 25, 2016, up to

8  and including April 22, 2016, pursuant to 18 U.S.C. § 3161

9  (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense

10  counsel reasonable time to prepare.

11      I, William E. Bonham, the filing party, have received

12  authorization from AUSA Jason Hitt to sign and submit this

13  stipulation and proposed order on his behalf.

14      Accordingly, the defense and the United States agree and

15  stipulate that the status conference for defendant David Homan

16  should be reset for Friday, April 22, 2016 at 9:00 am before the

17  Honorable Garland E. Burrell, Jr.

18  Dated: March 24, 2016                BENJAMIN B. WAGNER
                                         United States Attorney
19
                                         By:/s/ Jason Hitt
20                                       JASON HITT
                                         Assistant U.S. Attorney
21

22  Dated: March 24, 2016                By:/s/ William Bonham
                                         WILLIAM BONHAM
23                                       Counsel for defendant
                                         DAVID HOMAN
24

25

26

27

28

**ORDER**

The status conference currently set for Friday, March 25, 2016 at 9:00 am is vacated and reset for Friday, April 22, 2016, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from March 25, 2016, up to and including the date of the new status conference, April 22, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

Dated:  March 25, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3