William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
DAVID HOMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID HOMAN,<br><br>　　　　Defendant. | No.  2:14-CR-00213-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: April 22, 2016<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |

　　　The defendant, DAVID HOMAN, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Friday, April 22, 2016 at 9:00 am be vacated and reset for Friday, May 13, 2016 at 9:00 am.

　　　A continuance is necessary for to allow the defense counsel additional time to discuss and to review a new revised proposed plea agreement and offer with his client who is housed in the Wayne Brown Correctional Facility in Nevada City, CA.

　　　The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time

1

necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from April 22, 2016, up to and including May 13, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

I, William E. Bonham, the filing party, have received authorization from AUSA Jason Hitt to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant David Homan should be reset for Friday, May 13, 2016 at 9:00 am before the Honorable Garland E. Burrell, Jr.

Dated: April 20, 2016                BENJAMIN B. WAGNER
                                     United States Attorney

                                     By:/s/ Jason Hitt
                                     JASON HITT
                                     Assistant U.S. Attorney

Dated: April 20, 2016                By:/s/ William Bonham
                                     WILLIAM BONHAM
                                     Counsel for defendant
                                     DAVID HOMAN

**ORDER**

The status conference currently set for Friday, April 22, 2016 at 9:00 am is vacated and reset for Friday, May 13, 2016, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from April 22, 2016, up to and including the date of the new status conference, May 13, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

Dated:  April 21, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge