William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
DAVID HOMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:14-CR-00213-GEB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| DAVID HOMAN, | |
| Defendant. | Date: May 13, 2016<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |

The defendant, DAVID HOMAN, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Friday, May 13, 2016 at 9:00 am be vacated and reset for Friday, June 3, 2016 at 9:00 am.

A continuance is necessary for to allow the defense counsel additional time to discuss and to review a new revised proposed plea agreement and offer with his client who is housed in the Wayne Brown Correctional Facility in Nevada City, CA.

The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time

necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from May 13, 2016, up to and including June 3, 2016, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

 I, William E. Bonham, the filing party, have received authorization from AUSA Jason Hitt to sign and submit this stipulation and proposed order on his behalf.

 Accordingly, the defense and the United States agree and stipulate that the status conference for defendant David Homan should be reset for Friday, June 3, 2016 at 9:00 am before the Honorable Garland E. Burrell, Jr.

Dated: May 11, 2016

BENJAMIN B. WAGNER
United States Attorney

By:/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

Dated: May 11, 2016

By:/s/ William Bonham
WILLIAM BONHAM
Counsel for defendant
DAVID HOMAN

**ORDER**

The status conference currently set for Friday, May 13, 2016 at 9:00 am is vacated and reset for Friday, June 3, 2016, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from May 13, 2016, up to and including the date of the new status conference, June 3, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

Dated:  May 12, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge