UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES HOMAN,<br><br>    Defendant. | No.  2: 14-cr-0213-GEB<br><br>**ORDER SEALING THE UNITED STATES'S  U.S.S.G. § 5K1.1 MOTION** |

On February 16, 2017, the United States filed a procedurally untimely notice to file under seal the sentencing motion for this defendant, based upon the concerns articulated in two documents the United States emailed to chambers on February 16, 2017.  A proposed sealing order was also included in the email, which will not be signed and is treated as having been returned to the United States.  The motion is granted; therefore, the two documents emailed to chambers shall be filed under seal.

Dated:  February 21, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1